**Dismissed and Opinion Filed November 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00812-CV

### CLEAR VISION WINDSHIELD REPAIR, LLC., KEVIN WAGUESPACK, ERIKA JIMENEZ, RONALD DEADY, FRANCISCA LEAL, AND MARIA CHARPING, Appellants
### V.
### LIBERTY COUNTY MUTUAL INSURANCE COMPANY, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-15047**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. By letter dated September 19, 2016, we notified appellants the time for filing their brief had expired. We directed appellants to file both their brief and an extension motion within ten days. We cautioned appellants that the failure to file their brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief, an extension motion, or otherwise corresponded with the Court regarding the status of their brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


        /Carolyn Wright/
        CAROLYN WRIGHT
        CHIEF JUSTICE


160812F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CLEAR VISION WINDSHIELD REPAIR, LLC., KEVIN WAGUESPACK, ERIKA JIMENEZ, RONALD DEADY, FRANCISCA LEAL, AND MARIA CHARPING, Appellants

No. 05-16-00812-CV      V.

LIBERTY COUNTY MUTUAL INSURANCE COMPANY, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-15047.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee LIBERTY COUNTY MUTUAL INSURANCE COMPANY recover its costs of this appeal, if any, from appellants CLEAR VISION WINDSHIELD REPAIR, LLC., KEVIN WAGUESPACK, ERIKA JIMENEZ, RONALD DEADY, FRANCISCA LEAL, AND MARIA CHARPING.

Judgment entered November 9, 2016.